# UNITED STATES DISTRICT COURT
## District of Minnesota

Siadinx Chuban Asambang,

Petitioner(s),

v.

Department of Homeland Security,
Immigration and Customs Enforcement,
Director of St. Paul Field Office ICE,
Administrator Sherburne County Jail and
Acting Director St. Paul Field Office ICE,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv- 3663 JRT/EMB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Saidinx C.A.'s Petition for Writ of Habeas Corpus (Docket No. [1]) is **DENIED as moot**. Petitioner's Application to Proceed in District Court without Prepaying Fees or Costs (Docket No. [8]) is also **DENIED as moot**.

Date: 9/1/2026

KATE M. FOGARTY, CLERK